# United States District Court

## Southern District of California

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JOHN JOSHUA MASIS,<br><br>        Defendant | Case No.: 3:20-cr-03382-JLS-1<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting in this matter now scheduled for December 4, 2020 shall be continued to January 15, 2021 at 1:30 p.m.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED.**

Dated:  December 2, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

Order

1