UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Case No. 20-CR-3382-JLS |
| Plaintiff, | ) |
| v. | ) |
| JOHN MASIS, | )  ORDER TO CONTINUE MOTION<br>)  HEARING / TRIAL SETTING |
| Defendant. | ) |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED**, that the motion hearing / trial setting date be continued from September 3, 2021, to **October 15, 2021 at 1:30 p.m.** In the interests of justice, time is excluded under the Speedy Trial Act, to allow the defense counsel time to consult with mental health experts and Mr. Masis.

IT IS SO ORDERED.

Dated:  August 27, 2021

Hon. Janis L. Sammartino
United States District Judge