UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOHN MASIS,<br>　　　　　　Defendant. | Case No. 20-CR-3382-JLS<br><br>ORDER TO CONTINUE MOTION HEARING / TRIAL SETTING |

Pursuant to joint motion and good Cause appearing, **IT IS HEREBY ORDERED**, that the motion hearing / trial setting date be continued from October 15, 2021, to December 3, 2021 at 1:30 p.m.  In the interests of justice, time is excluded under the Speedy Trial Act, to allow the defense counsel time to consult with mental health experts and Mr. Masis.

　　　　IT IS SO ORDERED.

Dated:  October 6, 2021

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge