UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN JOSHUA MASIS,<br>Defendant. | Case No. 20-CR-3382-JLS<br><br>ORDER TO CONTINUE MOTION HEARING / TRIAL SETTING |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED**, that the motion hearing / trial setting date be continued from December 3, 2021, at 1:30 p.m., to January 14, 2022, at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by December 10, 2021.

In the interests of justice, time is excluded under the Speedy Trial Act, to allow the defense counsel time to consult with mental health experts and Mr. Masis.

IT IS SO ORDERED.

Dated: November 30, 2021

Hon. Janis L. Sammartino
United States District Judge