UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>JOHN MASIS,<br>               Defendant. | Case No. 20-CR-3382-JLS<br><br>ORDER TO CONTINUE MOTION HEARING / TRIAL SETTING |

Good Cause appearing, **IT IS HEREBY ORDERED**, that the motion hearing / trial setting date be continued from April 22, 2022, at 1:30 p.m., to April 29, 2022, at 1:30 p.m. In the interests of justice, time is excluded under the Speedy Trial Act, to allow Mr. Masis time to appear before the magistrate judge to enter his guilty plea.

IT IS SO ORDERED.

Dated: April 12, 2022

                                                *Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge